Steven M. Schatz
Bahram Seyedin-Noor
Brian G. Mendonca
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811
bnoor@wsgr.com

James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas
New York, NY 10019-6022
Tel: (212) 999-5800
Fax: (212) 999-5899
jmetzger@wsgr.com

*Attorneys for Plaintiff Ingres Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INGRES CORPORATION,

        Plaintiff,

    v.

XING, SA,, and Francois Peloffy

        Defendants.

Civil Action No.

ECF Case

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

08 CIV 6947

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Ingres Corporation ("Ingres") certifies that it has no corporate parent.

Ingres further certifies that the following publicly-held corporations own 10% or more of Ingres' common stock:

CA, Inc.;
Garnett & Helfrich Capital, L.P.

Respectfully submitted,

Dated: August 4, 2008

*Steven Schatz* /s/
Steven M. Schatz
Bahram Seyedin-Noor
Brian G. Mendonca
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811
bnoor@wsgr.com

James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas
New York, NY 10019-6022
Tel: (212) 999-5800
Fax: (212) 999-5899
jmetzger@wsgr.com
*Attorneys for Plaintiff Ingres Corporation*